**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| THE RIDGE WALLET LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:23-CV-00392-JRG-RSP |
| | § | |
| SHENZHEN PINCAN TECHNOLOGY CO., LTD. D/B/A ARW-WALLET, | § | |
| | § | |
| *Defendant*. | § | |

**<u>ORDER</u>**

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) filed by Plaintiff The Ridge Wallet LLC and Defendant Shenzhen Pincan Technology Co., Ltd.. **Dkt. No. 42**. In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as no other parties remain.

   **SIGNED this 3rd day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE